FILED

04/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0572

SCARLET VAN GARDEREN, a minor by and
through her guardians, Jessica van Garderen and
Ewout van Garderen; JESSICA VAN
GARDEREN, an individual; EWOUT VAN
GARDEREN, an individual; PHOEBE CROSS, a
minor by and through his guardians Molly Cross
and Paul Cross; MOLLY CROSS, an individual;
PAUL CROSS, an individual; JANE DOE, an
individual; JOHN DOE, an individual; JUANITA
HODAX, on behalf of herself and her patients,
KATHERINE MISTRETTA, on behalf of herself
and her patients,

       Plaintiffs and Appellees,

v.

STATE OF MONTANA; GREGORY
GIANFORTE, in his official capacity as Governor
of the State of Montana; AUSTIN KNUDSEN, in
his official capacity as Attorney General;
MONTANA BOARD OF MEDICAL
EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES;
CHARLIE BRERETON, in his official capacity as
Director of the Montana Department of Public
Health and Human Services,

       Defendants and Appellants.

**ORDER**

D. Jean Veta of Washington, DC, has petitioned for permission to appear pro hac vice

before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our

Rules for Admission to the Bar of Montana, Petitioner is currently in good standing

with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the second appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of D. Jean Veta to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to D. Jean Veta, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 15th day of April, 2024.

For the Court,

By _____
Chief Justice